GARY S. FERGUS (CA SBN 095318)
FERGUS, A LAW OFFICE
595 Market Street, Suite 2430
San Francisco, California 94105
Phone: (415) 537-9032
Fax: (415) 537-9038
E-mail: gfergus@ferguslegal.com

PAUL K. VICKREY *(Pro Hac Vice pending)*
PATRICK F. SOLON *(Pro Hac Vice pending)*
KARA L. SZPONDOWSKI *(Pro Hac Vice pending)*
NIRO, HALLER & NIRO
181 W. Madison St., Suite 4600
Chicago, Illinois 60602
Phone: (312) 236-0733
Fax: (312) 236-3137
E-mail: vickrey@nshn.com
E-mail: solon@nshn.com
E-mail: szpoondowski@nshn.com

Attorneys for Plaintiff
Dennis Fernandez

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| DENNIS FERNANDEZ, | ) | Case No. CV 11 4974 |
| Plaintiff, | ) | |
| v. | ) | PLAINTIFF'S L.R. 3-16 STATEMENT |
| MICROSOFT CORPORATION, | ) | |
| Defendant. | ) | JURY TRIAL DEMANDED |

Pursuant to Civil L.R. 3-16, the undersigned certifies that as of this date, other than the named party, there is no such interest to report.

Fernandez v. Microsoft Corporation
Plaintiff's L.R. 3-16 Statement

| | |
|---|---|
| 1 | |
| 2 | Dated: October 7, 2011     Respectfully submitted, |
| 3 | |
| 4 | By: _____ |
|   | Gary S. Fergus |
|   | FERGUS, A LAW OFFICE |
| 5 | 595 Market Street, Suite 2430 |
|   | San Francisco, California 94105 |
| 6 | Phone: (415) 537-9032 |
|   | Fax: (415) 537-9038 |
| 7 | E-mail: gfergus@ferguslegal.com |

PAUL K. VICKREY *(Pro Hac Vice pending)*
PATRICK F. SOLON *(Pro Hac Vice pending)*
KARA L. SZPONDOWSKI *(Pro Hac Vice pending)*
NIRO, HALLER & NIRO
181 W. Madison St., Suite 4600
Chicago, Illinois 60602
Phone: (312) 236-0733
Fax: (312) 236-3137
E-mail: vickrey@nshn.com
E-mail: solon@nshn.com
E-mail: szpoondowski@nshn.com

Attorneys for Dennis Fernandez

2

Fernandez v. Microsoft Corporation
Plaintiff's L.R. 3-16 Statement