GARY S. FERGUS (CA SBN 095318)
FERGUS, A LAW OFFICE
595 Market Street, Suite 2430
San Francisco, California  94105
Phone: (415) 537-9032
Fax: (415) 537-9038
E-mail: gfergus@ferguslegal.com

PAUL K. VICKREY *(Pro Hac Vice pending)*
PATRICK F. SOLON *(Pro Hac Vice pending)*
KARA L. SZPONDOWSKI *(Pro Hac Vice pending)*
NIRO, HALLER & NIRO
181 W. Madison St., Suite 4600
Chicago, Illinois  60602
Phone: (312) 236-0733
Fax: (312) 236-3137
E-mail: vickrey@nshn.com
E-mail: solon@nshn.com
E-mail: szpondowski@nshn.com

Attorneys for Plaintiff
Dennis Fernandez

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| DENNIS FERNANDEZ,<br><br>                     Plaintiff,<br><br>     v.<br><br>MICROSOFT CORPORATION,<br><br>                     Defendant. | Case No. 11-cv-4974 EMC<br><br>**STIPULATION TO EXTEND DATE TO ANSWER OR OTHERWISE PLEAD** |

Plaintiff Dennis Fernandez and Defendant Microsoft Corporation ("Microsoft") hereby stipulate, pursuant to Local Rule 6-1, to extend the date of Microsoft to answer or otherwise plead to the Complaint by 30 days until November 30, 2011.

Respectfully submitted,

Dennis Fernandez

By: _____
Gary S. Fergus, One of his Attorneys

Microsoft Corporation

By: _____
Stephen P. McGrath (SBN 202696)

IT IS SO ORDERED

_____
Edward M. Chen
U.S. District Judge

IT IS SO ORDERED
Judge Edward M. Chen

PROOF OF SERVICE

I, Jane C. Su, declare:

I am and was at the time of the service mentioned in this declaration, employed in the County of San Francisco, California. I am over the age of 18 years and not a party to this cause. My business address is Fergus, a law office, 595 Market Street, Suite 2430, San Francisco, California 94105.

On November 1, 2011, I served a copy of the **Stipulation To Extend Date To Answer Or Otherwise Plead** on the parties to this action as follows:

☒ (BY MAIL) I placed the sealed envelope(s) for collection and mailing by following the ordinary business practices of Fergus, A Law Office, San Francisco, California. I am readily familiar with Fergus, A Law Office's practice for collecting and processing of correspondence for mailing with the United States Postal Service, said practice being that, in the ordinary course of business, correspondence with postage fully prepaid is deposited with the United States Postal Service the same day as it is placed for collection.

> Steve McGrath
> Microsoft Corporation
> Legal and Corporate Affairs
> 1 Microsoft Way
> Redmond, WA  98052

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, and that this declaration was executed on the 1st of November 2011 at San Francisco, California.

_____
Jane C. Su

STIPULATION TO EXTEND DATE TO ANSWER OR OTHERWISE PLEAD– CASE NO. 11-CV-4974     - 3 -