1  Kelly C. Hunsaker (SBN 168307)
     hunsaker@fr.com
2  Jonathan J. Lamberson (SBN 239107)
     lamberson@fr.com
3  Neil A. Warren (SBN 272770)
     warren@fr.com
4  FISH & RICHARDSON P.C.
   500 Arguello Street, Suite 500
5  Redwood City, California 94063
   Telephone: (650) 839-5070
6  Facsimile: (650) 839-5071

7  Attorneys for Defendant
   MICROSOFT CORPORATION
8
   Gary S. Fergus
9    gfergus@ferguslegal.com
   NIRO, HALLER & NIRO
10  595 Market Street, Suite 2430
   San Francisco, California  94105
11  Telephone: (415) 537-9032
   Facsimile: (415) 537-9038
12
   Attorneys for Plaintiff
13  DENNIS FERNANDEZ

14  *Additional Counsel listed on signature page*

15

16                  UNITED STATES DISTRICT COURT

17               NORTHERN DISTRICT OF CALIFORNIA

18                     (OAKLAND DIVISION)

19  DENNIS FERNANDEZ,                    | Case No. 11-CV-04974-YGR

20       Plaintiff,                      | **JOINT STIUPLATION TO STAY LITIGATION PENDING CONCLUSION OF REEXAMINATIONS**

21        v.

22  MICROSOFT CORPORATION,

23       Defendant.

24  ─────────────────────────
   And Related Counterclaims
25

26

27

28

1      WHEREAS, on February 29, 2012, third party Sony Computer Entertainment America

2  LLC filed with the U.S. Patent and Trademark Office ("PTO") a request for *ex parte*

3  reexamination of U.S. Patent No. 6,339,842;

4      WHEREAS, on April 4, 2012, third party Cisco Systems, Inc., filed with the PTO a request

5  for *inter partes* reexamination of U.S. Patent No. 7,221,387 ("the '387 patent");

6      WHEREAS, an additional request for reexamination of the '387 patent will be filed with

7  the PTO by Sony Computer Entertainment America LLC within the next few weeks;

8      WHEREAS, additional requests for reexamination of the remaining patents-in-suit may be

9  filed with the PTO within the next few months;

10      WHEREAS, the case is in its early stages and discovery has not yet begun; and

11      WHEREAS, it is expected that the results of the reexaminations requests may simplify the

12  issues in this case;

13      IT IS HEREBY STIPULATED, in accordance with Civil Local Rule 7–12, by and

14  between Plaintiff Dennis Fernandez and Defendant Microsoft Corporation, that this action be

15  stayed in its entirety until the conclusion of all reexamination proceedings before the PTO initiated

16  within 120 days of the date of this stipulated stay order, including any appeals from those

17  proceedings, regarding any of the patents-in-suit: U.S. Patent Nos. 6,339,842; 7,221,387;

18  7,355,621; and 8,032,915.  Following the final outcome of all such reexamination requests, either

19  party may move the Court to lift the stay.

20

21  Dated:  April 19, 2012                          FISH & RICHARDSON P.C.

22

23                                                  By:  */s/ Jonathan J. Lamberson*
                                                         Jonathan J. Lamberson
24
                                                    Attorney for Defendant
25                                                  MICROSOFT CORPORATION

26

27

28                                          2

1    Dated:  April 19, 2012              NIRO, HALLER & NIRO

2

3                                By:  */s/ Paul K. Vickrey*

4                                     Paul K. Vickrey

5                                Attorney for Plaintiff
                                   DENNIS FERNANDEZ

6

7    *Additional Counsel:*

8    Juanita R. Brooks (SBN 75934)
      brooks@fr.com

9    FISH & RICHARDSON P.C.
     12390 El Camino Real

10   San Diego, California 92130
     Telephone: (858) 678-5070

11   Facsimile: (858) 678-5099

12   Attorneys for Defendant
     MICROSOFT CORPORATION

13

     Paul K. Vickrey (Pro Hac Vice)

14     vickrey@nshn.com
     Patrick F. Solon (Pro Hac Vice)

15     solon@nshn.com
     Kara L. Szpondowski (Pro Hac Vice)

16     szpondowski@nshn.com
     NIRO, HALLER & NIRO

17   181 W. Madison Street, Suite 4600
     Chicago, Illinois 60602

18   Telephone:  (312) 236-0733
     Facsimile:  (312) 236-3137

19

     Attorneys for Plaintiff

20   DENNIS FERNANDEZ

21

22   **PURSUANT TO STIPULATION, IT IS SO ORDERED:**

23

24   Dated: _____, 2012          _____

25                                Honorable Yvonne Gonzalez Rogers
                               United States District Court

26

27

28                             3

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## <u>DECLARATION OF CONSENT</u>

Pursuant to General Order No. 45, Section X(B) regarding signatures, I attest under penalty of perjury that concurrence in the filing of this document has been obtained for the signatures indicated by a "conformed" signature within this e-filed document.

Dated:  April 19, 2012                                  FISH & RICHARDSON P.C.


By:  */s/ Jonathan J. Lamberson*
       Jonathan J. Lamberson

Attorney for Defendant
MICROSOFT CORPORATION

50842312.doc

4          JOINT STIUPLATION TO STAY LITIGATION
PENDING CONCLUSION OF REEXAMINATIONS
Case No. 11-CV-04974-YGR