**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DENNIS FERNANDEZ,<br><br>　　　Plaintiff,<br><br>　vs.<br><br>MICROSOFT CORPORATION,<br><br>　　　Defendant. | **Case No.: 11-CV-4974 YGR**<br><br>**ORDER SETTING STATUS CONFERENCE** |

The Court previously entered a stay of this action pending re-examination of U.S. Patent No. 7,221,387. The Court **SETS** a status conference regarding the progress of the re-examination proceedings for **July 18, 2014, at 9:01 a.m.** Five days prior to the conference, the parties shall file a joint status statement indicating whether the re-examination has been completed and whether the stay should be lifted. If compliance is complete, the parties need not appear and the compliance hearing will be taken off calendar.

**IT IS SO ORDERED.**

Date: June 5, 2014

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　**YVONNE GONZALEZ ROGERS**
　　　　　　　　　　　　　　　　　　　　**UNITED STATES DISTRICT COURT JUDGE**